UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

BRIAN GARCIA,

                              Plaintiff,

            -against-

CITY OF NEW YORK; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),
                                           Defendants.

**NOTICE OF APPEARANCE**

15 Civ. 0031 (RMB)

-------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that **Matthew Bridge**, Assistant Corporation Counsel, should be added as counsel of record, on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant City of New York.

Dated: New York, New York
          January 23, 2015

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2347

                                        By:   /s/_____
                                              Matthew Bridge
                                              *Assistant Corporation Counsel*
                                              Special Federal Litigation Division

cc:    **BY E.C.F.**
       Gabriel P. Harvis, Esq.
       *Attorney for Plaintiff*